UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>KEITH PEER,<br><br>　　　　　Defendant. | No. CR-04-038-FVS<br>　　 CV-05-163-FVS<br><br>ORDER GRANTING MOTION TO<br>WITHDRAW MOTION TO VACATE |

　　**THIS MATTER** having come before the Court based upon the parties' "Stipulated Withdrawal of Motion for Relief under 28 U.S.C. § 2255"; Now, therefore

　　**IT IS HEREBY ORDERED:**

　　1. The parties' "Stipulated Withdrawal of Motion for Relief under 28 U.S.C. § 2255" (**Ct. Rec. 219**) is granted.

　　2. The defendant's motion to vacate (Ct. Rec. 214) is deemed withdrawn prior to adjudication on the merits.

　　**IT IS SO ORDERED.**  The District Court Executive shall enter this order and furnish copies to the defendant, to counsel for the defendant, and to counsel for the United States.  In addition, the District Court Executive shall close CV-05-163-FVS.

　　**DATED** this __2nd__ day of September, 2005.

　　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION TO WITHDRAW MOTION TO VACATE- 1